# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDAL N. WIIDEMAN,<br><br>          Plaintiff,<br><br>vs.<br><br>E.K. McDANIEL, *et al.*,<br><br>          Defendants. | 3:09-cv-0650-LRH-VPC<br>(Lead Case) |
| RANDAL N. WIIDEMAN,<br><br>          Plaintiff,<br><br>vs.<br><br>RICHARD ASHCRAFT, *et al.*,<br><br>          Defendants. | 3:09-cv-0718-LRH-RAM |
| RANDAL N. WIIDEMAN,<br><br>          Plaintiff,<br><br>vs.<br><br>SERGEANT HUNT, *et al.*,<br><br>          Defendants. | 3:09-cv-0729-RCJ-VPC |
| RANDAL N. WIIDEMAN,<br><br>          Plaintiff,<br><br>vs.<br><br>OFFICER HOMAN, *et al.*,<br><br>          Defendants. | 3:09-cv-0750-ECR-RAM |

Plaintiff Randal Wiideman filed a complaint in Nevada state court alleging violations of his constitutional rights under 42 U.S.C. § 1983.  The complaint was removed to this court by defendants on the basis of federal question jurisdiction.  The case has been consolidated with various additional cases related to the same set of facts (docket #9) and plaintiff has filed an amended complaint. The amended complaint is subject to the provisions of 28 U.S.C. § 1915 and plaintiff has filed motions for screening, which are unnecessary and redundant (dockets #12, #13, and #14).  The motions shall be denied on that basis.

The court shall screen the complaint in this action, but before doing so will allow the plaintiff to file a second amended complaint addressing all claims he may have related to conflicts with the prison mail regulations and staff, including any claims raised in other actions not yet consolidated herein.[1]  Plaintiff shall be given  thirty (30) days to file his Second Amended Complaint as directed herein and the amended complaint shall identify the case numbers of all cases he has previously filed related to these claims which are being incorporated into this action.  Failure to provide this information may be considered reason for dismissal, as a failure to comply with the court's orders.

**IT IS THEREFORE ORDERED** that plaintiff's motions for screening (dockets #12, #13, and #14) are **DENIED as redundant.**

**IT IS FURTHER ORDERED** plaintiff shall have thirty days to file a Second Amended Complaint in conformance with this order.

DATED this 15th day of September, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] The court takes judicial notice of its docket, noting that plaintiff has filed complaints in at least four other actions which present claims related to the issues set forth in this complaint. *See e.g.,* Wiideman v. Peck, 3:10-cv-0024-HRH-RAM; Wiideman v. Skolnick, 3:10-cv-0224-ECR-VPC; Wiideman v. Homan, 3:10-cv-0496-LRH-RAM; Wiideman v. Homan, 3:10-cv-0379-ECR-VPC.