AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

RANDAL N. WIIDEMAN,

            Plaintiff,

V.

E.K. McDANIEL, et al.,

            Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-cv-00650-LRH-VPC**

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Third Amended Complaint (Document No. 21) is **dismissed** for failure to state a claim.

   September 24, 2010   

             **LANCE S. WILSON** 
             Clerk

            /s/ Katie Lynn Ogden   
             Deputy Clerk