**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RANDAL N. WIIDEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:09-cv-0650-LRH-VPC |
| | ) | (Lead Case) |
| vs. | ) | |
| | ) | |
| E.K. McDANIEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| RANDAL N. WIIDEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:09-cv-0718-LRH-RAM |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD ASHCRAFT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| RANDAL N. WIIDEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:09-cv-0729-RCJ-VPC |
| | ) | |
| vs. | ) | |
| | ) | |
| SERGEANT HUNT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| RANDAL N. WIIDEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:09-cv-0750-ECR-RAM |
| | ) | |
| vs. | ) | |
| | ) | |
| OFFICER HOMAN, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

Before the Court is plaintiff Randal Wiideman's Motion Pursuant to Rule 59(e)/60(b) to Vacate Dismissal (docket #30). This is plaintiff's second attempt to revive litigation attacking the policies and procedures employed by prison officials and staff. The Motion to Vacate Dismissal shall be denied for

1  the reasons stated in the Court's previous orders (docket # 22) screening and dismissing the complaint,
2  and (docket #29) denying the Motion to Vacate the Order and Judgment.
3       **IT IS THEREFORE ORDERED** that the Motion Pursuant to Rule 59(e)/60(b) to Vacate
4  Dismissal (docket #30) is **DENIED.**
5       **IT IS FURTHER ORDERED** that no additional documents shall be accepted for filing in this
6  dismissed action except any properly submitted Notice of Appeal, which appeal shall be considered by
7  the Court to be taken in bad faith.
8       DATED this 30th day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE